# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00194-CV

**Dark & Company, Appellant**

**v.**

**Thomas and Ernestine Galindo, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH DISTRICT
### NO. GN100251, HONORABLE PAUL DAVIS, JUDGE PRESIDING

The parties have filed a joint motion informing this Court that all matters in controversy have been fully and finally compromised and settled and requesting that this Court enter an order dismissing the appeal. The joint motion to dismiss the appeal is granted and the appeal is dismissed.


Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed:   June 27, 2002

Do Not Publish